UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 18-215(2) (ADM/TNL)

United States of America,

                Plaintiff,

v.                              **ORDER FOR APPOINTMENT OF COUNSEL**

Brandon Dante Brooks-Davis,

                Defendant.

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that A.L. Brown, Attorney ID 331909, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated: October 3, 2018                       *s/Becky R. Thorson*
                                                     Honorable Becky R. Thorson
                                                     United States Magistrate Judge